(119 So. 920)
## Phil GARNER v. STATE. (6 Div. 519.)

Court of Appeals of Alabama. Jan. 8, 1929.

SAMFORD, J. Affirmed.

.(124 So. 921)
## Mary E. GEBHARDT v. STATE. (1 Div. 871.)

Court of Appeals of Alabama. Nov. 19, 1929.

SAMFORD, J. Affirmed.

(121' So. 922)
## Leonard GIDDENS v. STATE. (4 Div. 470.)

Court of Appeals of Alabama. April 16, 1929.

SAMFORD, J. Appeal dismissed.

(121 So. 922)
## Bulie GIFFORD v. STATE. (7 Div. 467.)

Court of Appeals of Alabama. March 26, 1929.

John B. Isbell, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

(121 So. 922)
## George GILBERT v. STATE. (7 Div. 511.)

Court of Appeals of Alabama. March 19, 1929.

. Chas. J. Scott and J. A. Johnson, both of Fort Payne, for appellant.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

RICE, J. This entire record, including the whole evidence in the case, has been examined and read by the court, sitting en banc. We are clear to the conclusion that appellant's motion for a new trial should have been granted, on the ground of the insufficiency of the evidence to sustain the jury's verdict, and, for the error in overruling it, the judgment is reversed and the cause is remanded.

Reversed and remanded.

(122 So. 922)
## John GILLILAND v. STATE. (6 Div. 525.)

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Affirmed.

(128 So. 915)
## C. S. GILMORE v. STATE.
### 6 Div. 766.

Court of Appeals of Alabama.
May 13, 1930.

RICE, J.
Affirmed.

(119 So. 920)
## George GLENN v. STATE. (4 Div. 409.)

Court of Appeals of Alabama. Dec. 11, 1928.

G. W. Winn, of Clayton, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. From a judgment of conviction for petit larceny, the defendant in this case appealed to this court. The appeal is predicated upon the record proper only. There is no bill of exception. This record appearing regular in all things, and therefore without error, it is ordered that the judgment of conviction appealed from will stand affirmed.

Affirmed.